UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VERSUS | § | CASE NO. 19-MJ-2859-CMM |
| | § | |
| VICENTE GONZALEZ ACOSTA | § | |
| | § | |
| DEFENDANT. | § | |
| _____ | § | |

UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

COMES NOW the DEFENDANT VICENTE GONZALEZ ACOSTA, by and through undersigned counsel, and files this UNOPPOSED MOTION TO CONTINUE THE DETENTION HEARING set for tomorrow Friday, June 14, 2019, at 10:00 a.m., until Monday, June 17, 2019, at 10:00 a.m., which is when the defendant is currently scheduled for Arraignment already on June 17, 2019, at 10:00 a.m., and as grounds states as follows:

The defendant needs additional time, to include this weekend, to prepare his family and other witnesses to testify at a pretrial detention hearing for the above-captioned case. The witnesses additionally are not available this Friday, June 14, 2019, due to work schedules and other

commitments. The witnesses will be available for Monday, June 17, 2019, at 10:00 a.m.

The defendant filed a waiver of his right to a detention hearing within five days of arrest before Judge Goodman on June 6, 2019. (DE 26). There is no issue of a deadline to hold a detention hearing under the Federal Rules of Criminal Procedure.

The defendant moves the Court to continue his detention hearing from tomorrow, Friday, June 14, 2019, at 10:00 a.m. until the following Monday, on June 17, 2019, at 10:00 a.m. so that the witnesses will be available and properly prepared this weekend by undersigned counsel to testify at the detention hearing.

Additionally, the defendant is currently set for Arraignment on Monday, June 17, 2019, at 10:00 a.m. so the defendant is scheduled already for Court on Monday, June 17, 2019, at 10:00 a.m.

WHEREFORE DEFENDANT VICENTE GONZLAEZ ACOSTA respectfully moves this Honorable Court to continue his detention hearing from tomorrow, Friday, June 14, 2019, at 10:00 a.m. until the following Monday on June 17, 2019, at 10:00 a.m. when the defendant is also scheduled for Arraignment.

Respectfully Submitted,

Omar F. Guerra Johansson, P.A.
Counsel for the Defendant
1210 Stirling Road, Suite 5A
Fort Lauderdale, Florida 33004
Telephone:  954-745-7517
Lawfirm@LauderdaleCriminalLawyer.com

/s/ Omar F. Guerra Johansson
By:  Omar F. Guerra Johansson, Esquire
Florida Bar Number 18141

CERTIFICATE OF SERVICE & CONFERENCE

I certify that on 13 June 19, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The AUSA is not opposed to this motion.

Omar F. Guerra Johansson, P.A.
Counsel for the Defendant
One East Broward Boulevard
Suite 700, Wells Fargo Tower
Fort Lauderdale, Florida 33301
Telephone:  954-745-7517
Lawfirm@LauderdaleCriminalLawyer.com

/s/ Omar F. Guerra Johansson
By:  Omar F. Guerra Johansson, Esquire
Florida Bar Number 18141